**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MARLENY ACEVEDO, CASE NO: 8:21-cv-02809-WFJ-AAS

Plaintiff,

v.

EH TAMPA WESTORE, LLC, d/b/a
HAMPTON INN,

Defendant.
_________________________________/

**PLAINTIFF'S NOTICE OF SETTLEMENT OF ALL CLAIMS**

The Plaintiff, MARLENY ACEVEDO, by and through the undersigned counsel, hereby gives notice that all claims in controversy in this matter have been fully settled.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 2, 2023 I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

By: _/s/ *Heather Barnes*
**Heather Barnes**
Florida Bar No.: 85522

**SERVICE LIST**

Carlo D Marichal, Esq.
FBN: 0099034
BANKER LOPEZ GASSLER, P.A.
501 E. Kennedy Boulevard, Suite 1700
Tampa, FL 33602
Phone: (813) 221-1500
Fax: (813) 222-3066
Email: service-cmarichal@bankerlopez.com
*Counsel for Defendants*