**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MARLENY ACEVEDO, CASE NO: 8:21-cv-02809-WFJ-AAS

Plaintiff,

v.

EH TAMPA WESTORE, LLC, d/b/a
HAMPTON INN,

Defendant.
_____________________________________________/

## ORDER OF DISMISSAL

THIS CAUSE having come before the Court upon the foregoing Stipulation for Order of Dismissal with Prejudice and the Court being fully advised in the premises, it is thereupon:

**ORDERED and ADJUDGED** that the above cause, be and the same is hereby dismissed with prejudice, each party to bear its own costs and attorney's fees.

**DONE AND ORDERED** in Chambers, Tampa, Florida this 8th day of March, 2023

**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

Copies Furnished To:

Carlo D. Marichal Esq., Banker Lopez Gassler P.A.; srevice-cmarichal@bankerlopez.com; CMarichal@BANKERLOPEZ.COM ;kcarey@bankerlopez.com; rjouben@bankerlopez.com

Heather N. Barnes, Esq., RUBENSTEIN LAW, P.A.; hbarnes@rubensteinlaw.com ; pdelpinsosa@rubensteinlaw.com; eservice@rubensteinlaw.com